IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GLENN BROOKS** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-CV-02386 |
| | § | |
| **BAYVIEW LOAN SERVICING, LLC** | § | |
| **AND FEDERAL HOME LOAN** | § | |
| **MORTGAGE CORPORATION** | § | |
| | § | |
| *Defendants.* | § | |

## UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE DISTRICT COURT JUDGE:

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Glenn Brooks hereby stipulates and agrees to the following:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 239th Judicial Court of Brazoria County, Texas on June 27, 2019.

2. Defendant filed its Notice of Removal on July 11, 2018.

3. The parties have settled the dispute amongst themselves.

4. Accordingly, Plaintiff requests that the Court dismiss this lawsuit with prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereto requests that the Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice with costs of court being assessed against the party incurring same.

\

Respectfully submitted,

VILT AND ASSOCIATES, P.C.

By: /s/ *Robert C. Vilt*
ROBERT C. VILT
Texas Bar Number 00788586
Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1142
Houston, Texas 77056
Telephone: 713.840.7570
Facsimile: 713.877.1827
ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held on the merits of this motion on July 12, 2019 with Crystal Gee Gibson and she is not opposed to the relief sought herein.

/s/ *Robert C. Vilt*
ROBERT C. VILT

### CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019 the foregoing was filed with the Court via the CM/ECF system and that the Clerk of the Court will forward a copy of same to the following CM/ECF users:

Crystal Gee Gibson
Barrett Daffin Frappier Turner & Engel, LLP
4004 Belt Line Road, Suite 100
Addison, TX 75001

Travis H. Gray
Chris S. Ferguson
Jack O'Boyle
Jack O'Boyle & Associates
P.O. Box 815369
Dallas, TX 75381